UNITED STATES DISTRICT COURT
DISTRICT OF KANSAS

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>    Plaintiff, )<br>)<br>  v. )<br>)<br>$17,893.00 IN UNITED STATES )<br>CURRENCY, More or less; )<br>)<br>    Defendant. )<br>_____) | Case No. 12-1023-CM-DJW |

## **MOTION FOR FINAL ORDER OF FORFEITURE**

  COMES NOW the United States of America, by and through Barry R. Grissom, United States Attorney for the District of Kansas, and Colin D. Wood, Special Assistant United States Attorney, and respectfully moves the Court for an order implementing through a Final Order of Forfeiture the Stipulation for Compromise Settlement entered into between the United States and claimant John Garber, by and through his attorney, Jason Hoffman.  In support of this motion, the United States shows the Court as follows:

  1.  The parties have entered into a Stipulation for Compromise Settlement whereby the parties agree that $8,946.50, more or less, of defendant $17,893.00 in U.S. currency, more or less will be forfeited to the United States pursuant to 21 U.S.C.§ 881 et seq.  The parties further agree that $8,946.50 of defendant $17,893.00 in U.S. Currency, more or less, will be released to the claimant.

  2.  The Stipulation for Compromise Settlement is attached hereto as Exhibit A.

  3.  Additionally, the parties have agreed that the released $8,946.50 shall be through Jason Hoffman's client trust account at Hoffman & Hoffman.

  WHEREFORE, the United States of America respectfully moves the Court to enter a

final order of forfeiture that will place the terms of the Stipulation for Compromise Settlement into effect forfeiting $8,946.50, more or less, of defendant $17,893.00 in U.S. Currency, more or less, and ordering the release of $8,946.50 of defendant $17,893.00 in U.S. Currency, more or less, to the claimant.

Respectfully submitted,

BARRY R. GRISSOM
United States Attorney

   s/ Colin Wood
COLIN D. WOOD, #19800
Special Assistant United States Attorney
1200 Epic Center, 301 N. Main
Wichita, Kansas 67202
316-269-6481
Fax: (316) 269-6484
colin.wood@usdoj.gov

## CERTIFICATION OF SERVICE

I hereby certify that on April 16, 2012 I electronically filed the foregoing with the clerk of the court by using the CM/ECF system which will electronically provide notice and copies to the attorneys of record.

   s/ Colin Wood
COLIN D. WOOD
Special Assistant United States Attorney